IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO.: 08-80839-CIV-MARRA/JOHNSON

JAY SINGER,

       Plaintiff,

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on to be heard upon the above and foregoing Stipulation, and the Court having been otherwise advised in the premises thereof, it is thereupon

CONSIDERED, ORDERED and ADJUDGED that the above and foregoing cause be and the same is hereby dismissed with prejudice to Plaintiff herein, and that each party shall bear their own respective costs, fees and interest.

DONE AND ORDERED in West Palm Beach, Florida on this 16th day of October 2008.

                                                                DISTRICT COURT JUDGE
                                                                 Kenneth A. Marra

Copies Furnished to:
James B. Roche, Esq., 1615 Forum Place, Suite 3B, West Palm Beach FL 33401; and
Wendy L. Furman, Esq., 2101 NW Corporate Blvd., Suite 316, Boca Raton FL 33431